IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| GLADYS E. BUTLER, ) | |
| ) | 05 B 13528 |
| Debtor. ) | |
| ) | |
| ) | Honorable John D. Schwartz |

## ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's own Motion, a status hearing will be held in the above referenced case on July 22, 2008 at 10:00 a.m., in Courtroom 719, at 219 South Dearborn Street, Chicago, Illinois. David P. Leibowitz, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this asset case.

DATED:  June 20, 2008                ENTERED:

                                     _____
                                     John D. Schwartz
                                     United States Bankruptcy Judge