**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **BUTLER, GLADYS E.** | ) | |
| | ) | **CASE NO. 05-13528** |
| | ) | |
| | ) | **JUDGE PAMELA S. HOLLIS** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>    At:  U.S. BANKRUPTCY COURT
>         219 SOUTH DEARBORN, COURTROOM 644
>         CHICAGO, ILLINOIS 60604
>
>    on:  **June 25, 2009**
>    at:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                      $    5,721.49

   b. Disbursements                                 $    2,700.00

   c. Net Cash Available for Distribution           $    3,021.49

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee, Compensation | $ 0.00 | $ 755.37 | $ |
| Trustee, Expenses | $ 0.00 | $ | $ 76.80 |
| US Bankruptcy Court, Adv. Filing Fee | $ 0.00 | $ | $ 250.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $14,519.51, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $13.36%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | MARSHALL FIELDS | $ 1,151.84 | $ 153.85 |
| 2 | Target National Bank (fka Retailers National Bank) | $ 434.78 | $ 58.07 |
| 3 | MB FINANCIAL BANK | $ 10,322.04 | $ 1,378.67 |
| 4 | World Financial Network National Bank | $ 760.49 | $ 101.58 |
| 5 | World Financial Network National Bank | $ 1,094.04 | $ 146.13 |
| 7 | eCast Settlement Corporation | $ 756.32 | $ 101.02 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  **May 22, 2009**          For the Court,

                          By:  **KENNETH S. GARDNER**
                               Kenneth S. Gardner
                               Clerk of the United States Bankruptcy Court
                               219 S. Dearborn Street, 7th Floor
                               Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                   Date Rcvd: May 22, 2009
Case: 05-13528                Form ID: pdf002             Total Served: 33


The following entities were served by first class mail on May 24, 2009.
db           +Gladys E Butler,   PO Box 32302,   Chicago, IL 60632-0302
aty          +Laura Barrientos-DuVall,   Leibowitz Law Center,   420 W. Clayton St.,   Waukegan, IL 60085-4216
aty          +Michael R Richmond,   Heller & Richmond Ltd,   33 N Dearborn  Suite 1600,
               Chicago, IL 60602-3107
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
9151092     ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit,   PO Box 183853,   Arlington, TX 76096)
9151093      +AMEX,   PO BOX 297871,   FORT LAUDERDALE, FL 33329-7871
9151094      +ARIZONA MAIL ORDER,   3740 E 34TH ST,   TUCSON, AZ 85713-5305
9151096      +CAP ONE BK,   PO BOX 85520,   RICHMOND, VA 23285-5520
9151097      +CBUSA,   PO BOX 9714,   GRAY, TN 37615-9714
9151098      +CBUSASEARS,   PO BOX 6189,   SIOUX FALLS, SD 57117-6189
9151099      +CHASE/CC,   225 CHASTAIN MEADOWS CT,   KENNESAW, GA 30144-5841
9151100      +DIRECT MERCHANTS BANK,   16430 N SCOTTSDALE RD,   SCOTTSDALE, AZ 85254-1518
9151095       Gladys E. Butler,   P.O. Box 32302,   CHICAG0, IL  60632-0302
9151102      +HOLY CROSS HOSPITAL,   P.O. BOX 368550,   CHICAGO, IL 60636-8550,   ATTN:, PATIENT  ACCOUNTS
9151103      +HSBC NV,   12447 SW 69TH AVE,   TIGARD, OR 97223-8517
9151104      +HSBC/RS,   90 CHRISTIANA RD,   NEW CASTLE, DE 19720-3118
9151105      +HSBC/VLCTY,   PO BOX 15524,   WILMINGTON, DE 19850-5524
9151106      +MARSHALL FIELDS,   111 BOULDER INDUSTRIAL D,   BRIDGETON, MO 63044-1241
9151107      +MB FINANCIAL BANK,   1200 N ASHLAND AVE,   CHICAGO, IL 60622-2259
9151108      +MICHAEL R. RICHMOND,   33 NORTH DEARBORN STREET,   SUITE 1600,   CHICAGO, IL 60602-3107
9151109      +NEIGHBORHOOD HOUSING,   747 N MAY ST,   CHICAGO, IL 60642-7801
9151110      +NEWPORT NEWS,   101 CROSSWAY PARK WEST,   WOODBURY, NY 11797-2020
9151111      +PEOPLES ENERGY,   130 E RANDOLPH,   CHICAGO, IL 60601-6302
9151112      +PROVIDIAN FINANCIAL,   4900 JOHNSON DR,   PLEASANTON, CA 94588-3308
9151113      +TNB - TARGET,   PO BOX 9745,   MINNEAPOLIS, MN 55440-6666
9553682      +Target National Bank (fka Retailers National Bank),   TARGET,   c/o Weinstein & Riley, P.S.,
               2101 4th Ave., Suite 900,   Seattle, WA 98121-2339
9151114      +WASHINGTON MUTUAL HOME,   324 W EVANS ST,   FLORENCE, SC 29501-3430
9151115      +WFNNB/LANE BRYANT,   4590 E BROAD ST,   COLUMBUS, OH 43213-1301
9151116      +WFNNB/ROAMANS,   PO BOX 182121,   COLUMBUS, OH 43218-2121
9568150      +World Financial Network National Bank,   Lane Bryant Mail Order,   c/o Weinstein & Riley, P.S.,
               2101 4th Ave., Suite 900,   Seattle, WA 98121-2339
9568151      +World Financial Network National Bank,   Roamans,   c/o Weinstein & Riley, P.S.,
               2101 4th Ave., Suite 900,   Seattle, WA 98121-2339
9734311       eCast Settlement Corporation,   P.O. Box 7247-6971,   Philadelphia, PA 19170-6971

The following entities were served by electronic transmission on May 22, 2009.
9151101      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2009 00:03:14      GEMB/JC PENNEY,   PO BOX 984100,
               EL PASO, TX 79998-4100
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2009**          **Signature:**   *Joseph Speetjens*